IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | | |
| | Plaintiff, | No. CR. S-96-450 FCD |
| vs. | | |
| JASON E. SMITH, | | |
| | Defendant. | ORDER RE CERTIFICATE OF APPEALABILITY |
| _____/ | | |

Defendant Jason E. Smith has filed a notice of appeal of this court's June 15, 2011 order denying his application for writ of error *coram nobis* and writ of *audita querela*. (Docket #81.) Before petitioner can appeal this decision, a ce-* rtificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). On July 11, 2011, the Ninth Circuit remanded the case to this court for the limited purpose of granting or denying a certificate of appealability. (Docket #85.)

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

1

1  A certificate of appealability should be granted for any issue that petitioner can
2 demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different
3 court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,
4 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).
5 Any doubt about granting a certificate of appealability must be resolved in the petitioner's favor.
6 <u>Id.</u>
7  Here, for the reasons stated in the court's June 15, 2011 order, defendant has not made a
8 substantial showing of the denial of a constitutional right with respect to entitlement to a post-
9 conviction writ, and accordingly, IT IS HEREBY ORDERED that a certificate of appealability
10 shall not issue in this case.
11 DATED: July 18, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE