UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Jason Ellis Smith,<br><br>　　　　　　Defendant. | Nos.　2:98-cr-00009-KJM–CKD<br>　　　　2:96-cr-00450-KJM<br><br>ORDER |

The court has reviewed defendant Jason Ellis Smith's request to file under seal exhibits four, five, and six to his motion to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A). These exhibits contain Smith's prison educational and disciplinary records, his reentry plan and progress report, and Bureau of Prisons data about his sentence and status. The court has reviewed these exhibits and finds the public's interest in access outweighs the need to preserve their secrecy. *See Press-Enter. Co. v. Superior Ct. of California, Riverside Cty.*, 464 U.S. 501, 509–10 (1984). The motion is **denied without prejudice** to a renewed but limited request to redact information from the public versions of these exhibits. Any renewed request must be filed **within seven days**. Until then, the proposed exhibits are **provisionally sealed**.

　　IT IS SO ORDERED.

DATED: May 4, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1